# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 206
VALERIAN, A NEVADA SERIES
LIMITED LIABILITY COMPANY,
Appellant,
vs.
U.S. BANK NATIONAL ASSOCIATION
AS LEGAL TITLE TRUSTEE FOR
TRUMAN 2016 SC6 TITLE TRUST, A
NATIONAL BANKING ASSOCIATION,
Respondent.

No. 83696

FILED

MAY 23 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Veronica Barisich, District Judge
Charles K. Hauser, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

22-16269